UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | Crim. No. 09-414 (JLL) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| ALBAN TASE and | : | |
| GEJSI SIKO | : | |

This matter having come before the Court on the joint application of Ralph J. Marra, Acting United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendants Alban Tase (by Patrick McMahon, Esq.) and Gejsi Siko (by Jonathan Berg, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i.    Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendant desire additional time to meet and confer regarding a disposition, which would render trial of this matter unnecessary and save judicial resources;

   ii.  Defendants have consented to and requested the aforementioned continuance;

   iii. Counsel for the defendants request additional time to investigate and prepare the case;;

   iv.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

   v.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(i), failure to grant this continuance would result in a miscarriage of justice; and

   vi.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant this continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this 4th day of January, ~~2009~~ 2010

IT IS ORDERED that trial in this matter is continued from January 25, 2010 to March 29, 2010.

IT IS FURTHER ORDERED that the period from the date of this order through March 29,, 2010, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to

Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _February 15, 2010_

Responses due _March 1, 2010_

Replies due _March 15, 2010_

A hearing shall be held on _March 22, 2010_

_____
HON. JOSE L. LINARES
United States District Judge

Consented to by:

_____
PATRICK MCMAHON, ESQ.
Counsel for defendant

_____
JONATHAN BERG, ESQ.
Counsel for defendant

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney

Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by *February 15, 2010*
Responses due *March 1, 2010*
Replies due *March 15, 2010*
A hearing shall be held on *March 22, 2010*

```
_____
HON. JOSE L. LINARES
United States District Judge
```

Consented to by:

```
_____
PATRICK MCMAHON, ESQ.
Counsel for defendant


_____
JONATHAN BERG, ESQ.
Counsel for defendant


_____
DAVID E. MALAGOLD
Assistant U.S. Attorney
```

Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _February 15, 2009_
Responses due _March 1, 2010_
Replies due _March 15, 2010_
A hearing shall be held on _March 22, 2010_

HON. JOSE L. LINARES
United States District Judge

Consented to by:

PATRICK MCMAHON, ESQ.
Counsel for defendant


JONATHAN BERG, ESQ.
Counsel for defendant


DAVID E. MALAGOLD
Assistant U.S. Attorney