UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Hon. Jose L. Linares
                            :    Crim. No. 09-414 (JLL)
     v.                     :
                            :    <u>CONTINUANCE ORDER</u>
ALBAN TASE and              :
GEJSI SIKO                  :


     This matter having come before the Court on the joint application of Ralph J. Marra, Acting United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendants Alban Tase (by John Azzarello, Esq.) Gejsi Siko (by Jonathan Berg, Esq.), and Gentian Naci (by Bruce Rosen, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested and consented to such a continuance, and for good and sufficient cause shown,

     IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

        i.    Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendant desire additional time to meet and confer regarding a disposition, which would render trial of this matter unnecessary and

      save judicial resources;

ii. Defendants have consented to and requested the aforementioned continuance;

iii. Counsel for the defendants request additional time to investigate and prepare the case;;

iv. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

v. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(i), failure to grant this continuance would result in a miscarriage of justice; and

vi. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant this continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this 29 day of March, 2009.

IT IS ORDERED that trial in this matter is continued from March 29, 2010 to July 12, 2010.

IT IS FURTHER ORDERED that the period from the date of this order through July 12, 2010, inclusive, shall be excludable in

computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by May 31, 2010.
Responses due June 14, 2010
Replies due June 28, 2010
A hearing shall be held on July 7, 2010

_____
HON. JOSE L. LINARES
United States District Judge


Consented to by:

_____
JOHN AZZARELLO, ESQ.
Counsel for defendant Alban Tase


_____
JONATHAN BERG, ESQ.
Counsel for defendant Gejis Siko


_____
BRUCE ROSEN, ESQ.
Counsel for Defendant Gentian naci

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney

computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _____.

Responses due _____

Replies due _____

A hearing shall be held on _____

_____
HON. JOSE L. LINARES
United States District Judge

Consented to by:

_____
JOHN AZZARELLO, ESQ.
Counsel for defendant Alban Tase

_____
JONATHAN BERG, ESQ.
Counsel for defendant Gejis Siko

_____Bruce S B_____
BRUCE ROSEN, ESQ.
Counsel for Defendant Gentian naci

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney

computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by May 31, 2010

Responses due June 14, 2010

Replies due June 28, 2010

A hearing shall be held on July 7, 2010

_____
HON. JOSE L. LINARES
United States District Judge


Consented to by:

_____
JOHN AZZARELLO, ESQ.
Counsel for defendant Alban Tase



_____
JONATHAN BERG, ESQ.
Counsel for defendant Gejis Siko



_____
BRUCE ROSEN, ESQ.
Counsel for Defendant Gentian naci



_____
DAVID E. MALAGOLD
Assistant U.S. Attorney

computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by _May 31, 2010_

Responses due _June 14, 2010_

Replies due _June 28, 2010_

A hearing shall be held on _July 7, 2010_

_____
HON. JOSE L. LINARES
United States District Judge

Consented to by:

_____
JOHN AZZARELLO, ESQ.
Counsel for defendant Alban Tase

_____
JONATHAN BERG, ESQ.
Counsel for defendant Gejis Siko

_____
BRUCE ROSEN, ESQ.
Counsel for Defendant Gentian naci

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney