```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :    Hon. Jose L. Linares
                             :    Crim. No. 09-414 (JLL)
          v.                 :
                             :    CONTINUANCE ORDER
ALBAN TASE and               :
GEJSI SIKO                   :
```

This matter having come before the Court on the joint application of Ralph J. Marra, Acting United States Attorney for the District of New Jersey (by David E. Malagold, Assistant U.S. Attorney), and defendants Gejsi Siko (by Jonathan Berg, Esq.), and Gentian Naci (by Bruce Rosen, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware he has the right to have the matter brought to trial within 70 days of the date of the indictment pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested and consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    i. Plea negotiations regarding a possible disposition are currently in progress, and both the United States and the defendant desire additional time to meet and confer regarding a disposition, which would render trial of this matter unnecessary and save judicial resources;

ii. Defendants have consented to and requested the aforementioned continuance;

iii. Counsel for the defendants request additional time to investigate and prepare the case;;

iv. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

v. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(i), failure to grant this continuance would result in a miscarriage of justice; and

vi. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant this continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, on this 13th day of September, 20010.

IT IS ORDERED that trial in this matter is continued from September 13, 2010 to November 15, 2010.

IT IS FURTHER ORDERED that the period from the date of this order through November 15, 2010, inclusive, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to

Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by October 12, 2010.

Responses due October 25, 2010

Replies due November 8, 2010

A hearing shall be held on November 15, 2010

HON. JOSE L. LINARES
United States District Judge

Consented to by:

_____

_____
JONATHAN BERG, ESQ.
Counsel for defendant Gejis Siko

_____
BRUCE ROSEN, ESQ.
Counsel for Defendant Gentian naci

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney

Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by October 12, 2010.
Responses due October 25, 2010
Replies due November 8, 2010
A hearing shall be held on November 15, 2010

HON. JOSE L. LINARES
United States District Judge

Consented to by:

JONATHAN BERG, ESQ.
Counsel for defendant Gejis Siko

BRUCE ROSEN, ESQ.
Counsel for Defendant Gentian naci

DAVID E. MALAGOLD
Assistant U.S. Attorney

: 9736357044                                                89-08-10 05:18p   Pg: 5

Title 18, United States Code, Section 3161(h)(7);

Nothing in this order shall preclude a finding that additional periods of time are excludable pursuant to the Speedy Trial Act of 1974.

Motions must be filed by  October 12, 2010
Responses due  October 25, 2010
Replies due  November 8, 2010
A hearing shall be held on  November 15, 2010

_____
HON. JOSE L. LINARES
United States District Judge

Consented to by:

_____
JONATHAN BERG, ESQ.
Counsel for defendant Gejis Siko

_____
BRUCE ROSEN, ESQ.
Counsel for Defendant Gentian naci

_____
DAVID E. MALAGOLD
Assistant U.S. Attorney